# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | |
|---|---|
| Sarah Courtney Center <br> *Plaintiff* <br> v. <br> Catholic Worker House <br> *Defendant* | Civil Action No. 1:19-cv-00028-CJW-KEM |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☑ the plaintiff recover nothing, the action be dismissed with prejudice. Judgment for the defendant.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge CJ Williams on a motion for Sanctions and Report and Recommendation.

Date: 4/2/2020

CLERK OF COURT

*KM Sanchez*
Signature of Clerk or Deputy Clerk